# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-41346
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

April 20, 2016

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

PABLO PANTALEON ARENAS-ORTIZ,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:15-CR-814-1

Before REAVLEY, ELROD, and HAYNES, Circuit Judges.

PER CURIAM:[*]

Appealing the judgment in a criminal case, Pablo Pantaleon Arenas-Ortiz raises an argument that is foreclosed by *United States v. Rodriguez-Salazar*, 768 F.3d 437 (5th Cir. 2014). In *Rodriguez-Salazar*, we rejected the argument that the Texas offense of theft is broader than the generic, contemporary definition of theft because the Texas offense, which includes theft by deception, may be committed by taking property with the owner's

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

consent. *Rodriguez-Salazar*, 768 F.3d at 437-38. Accordingly, the motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.